## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. NAYLOR FARMS, INC.,<br><br>         Plaintiff,<br><br>v.<br><br>1. ANADARKO OGC COMPANY, AS SUCCESSOR IN INTEREST TO UNION PACIFIC OIL AND GAS COMPANY f/k/a AMAX OIL AND GAS, INC.;<br>2. QUESTAR EXPLORATION AND PRODUCTION CO.;<br>3. GPM GAS CORPORATION;<br>4. DUKE ENERGY FIELD SERVICES, INC., and<br>5. DCP MIDSTREAM, L.P.,<br><br>         Defendants. | Case No. 5:08-cv-00668-R |

### ORDER

The above entitled cause comes for consideration upon Plaintiff's Motion to Dismiss Without Prejudice Claims Asserted Against Defendant DCP Midstream, L.P., Duke Energy Field Services, Inc. and GPM Gas Corporation [Dkt. No. 273]. The Court being fully advised in the premises finds that the dismissal without prejudice is reasonable under the circumstances, that notice and a hearing are not required under Fed. R. Civ. P. 23(e) and that the Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Motion to Dismiss Without Prejudice Claims Asserted Against Defendant DCP Midstream, L.P., Duke Energy Field Services, Inc. and GPM Gas Corporation is GRANTED and that Defendants DCP Midstream, L.P., Duke Energy Field Services, Inc. and GPM Gas Corporation are hereby dismissed without prejudice.

IT IS SO ORDERED this 7th day of November, 2011.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE